UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA SOOKNANAN, *et al.*,<br><br>                    Plaintiff,<br><br>    v.<br><br><br>RATHAT REST. INC. d/b/a<br>PERISTA RESTAURANT, *et al.*,<br><br>                    Defendants. | 18 Civ. 3218 |

**ORDER GRANTING MOTION FOR APPROVAL
OF SETTLEMENT**

This matter having come before the Court on the parties' Motion for Approval of Settlement and the Court having considered the parties joint letter, dated February 4, 2019, and attached Exhibits A through D thereto, it is hereby:

ORDERED that parties' motion for approval of the settlement reflected in Exhibit A to the parties' joint letter is hereby GRANTED and this action is settled on the terms reflected therein; and it is further

ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED this 5th day of February, 2019.

*[signature: Katherine Polk Failla]*
_____
HON. KATHERINE POLK FAILLA, U.S.D.J.